IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| Plaintiff, | } |
| v. | } No. 18-10022-01-EFM |
| **JACK OXLER**, | } |
| Defendant. | } |

## INFORMATION

The United States Attorney charges:

## COUNT 1

From on or about February, 2014 and continuously thereafter up to and including February 10, 2017, in the District of Kansas and elsewhere, the defendant,

## JACK OXLER,

did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, to wit a gambling business involving poker games, which gambling business was a violation of the laws of the State of Kansas to wit, K.S.A 21-6406, and which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000.00 in any single day.

In violation of Title 18, United States Code, Section 1955.

## COUNT 2

From on or about February, 2014 and continuously thereafter up to and including February 10, 2017, in the District of Kansas and elsewhere, the defendant,

**JACK OXLER,**

did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, to wit a gambling business involving sports betting, which gambling business was a violation of the laws of the State of Kansas to wit, K.S.A 21-6406, and which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000.00 in any single day.

In violation of Title 18, United States Code, Section 1955.

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas


  S/Aaron L. Smith
Aaron L. Smith
Asst. U.S. Attorney
1200 Epic Center,
301 N. Main
Wichita, Kansas   67202
Ks S. Ct. # 20447
(316) 269-6481
E-mail: aaron.smith3@usdoj.gov